**FILED**

NOV 19 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT GUZMAN, | Case No. C 14-4517 PSG (PR) |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| ALLENBY, et al., | |
| Defendant. | |

On October 9, 2014, plaintiff, a civil detainee proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 against officials at Coalinga State Hospital. Coalinga lies in Fresno County. Because Fresno County lies within the venue of the Eastern District of California, venue properly lies in that district and not in this one.[1] Accordingly, this case is TRANSFERRED to the Eastern District of California.[2] The Clerk shall terminate any pending motions and transfer the entire file to the Eastern District of California.

IT IS SO ORDERED.

DATED: 11-19-14

PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* 28 U.S.C. § 1391(b).

[2] *See* 28 U.S.C. § 1406(a).

Case No. C 14-4517 PSG (PR)
ORDER OF TRANSFER